```
                                              FILED
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT LA

         UNITED STATES DISTRICT COURT    2000 FEB -7  A 10: 46
         EASTERN DISTRICT OF LOUISIANA
                                            LORETTA G. WHYTE
                                                 CLERK
```

MADISON MARSHALL III, # 92613          CIVIL ACTION

VERSUS                                 NO. 00-0334

MICKEY HUBERT WARDEN, ET AL            SECTION SECT K MAG 6

## ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

[✓]  the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

[ ]  the motion is MOOT; the party was previously granted pauper status.

[ ]  the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

[ ]  the motion is DENIED as MOOT; the filing fee has already been paid.

[ ]  the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

New Orleans, Louisiana, this 7th day of February 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB 07 2000

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No.