FILED
U.S. DISTRICT COURT
EAST

2000 MAY -9  A 10: 34

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MADISON MARSHALL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0334** |
| **MICKEY HUBERT, WARDEN** | * | **SECTION: "K"(6)** |

## ORDERED

The Court's prior Order referring the above-captioned action filed pursuant to Title 28, United States Code, Section 2254 to the Magistrate Judge is hereby **REVOKED**.

New Orleans, Louisiana, this 4th day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 0 9 2000

