

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 31  PM 3: 40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MADISON MARSHALL, III**　　　　　　　　　　　　CIVIL ACTION
**VERSUS**　　　　　　　　　　　　　　　　　　　　NO: 00-0334
**MICKEY HUBERT, WARDEN**

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "K" (6)

## JUDGMENT

The court having denied petitioner Madison Marshall's Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent, Mickey Hubert, and against petitioner, Madison Marshall, dismissing petitioner's claims with prejudice.

New Orleans, Louisiana, this 31st day of July, 2000.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 3 1 2000